UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KAI HUNTE,

                Plaintiff,

        v.                                                                                  25-CV-9409 (RA)

KIKO NYC LLC and D & D REALTY                                      ORDER
COMPANY LLC,

                Defendants.

---

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. It is hereby:

    ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

    IT IS FURTHER ORDERED that within fifteen (15) additional days (i.e., within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter.

SO ORDERED.

Dated:    November 13, 2025
              New York, New York

                                                        Ronnie Abrams
                                                        United States District Judge